**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROOSEVELT THOMAS ARDISON | CIVIL ACTION NO. 18-636-P |
| VERSUS | CHIEF JUDGE HICKS |
| D. BELANGER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional convictions be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that this action—insofar as it seeks his immediate release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983. Plaintiff's claims regarding excessive force remain pending.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12th day of July, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT