**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROOSEVELT THOMAS ARDISON #386262 | CIVIL ACTION NO. 18-0636 SEC P |
| VERSUS | CHIEF JUDGE HICKS |
| CADDO-SHREVEPORT STREET LEVEL INTERDICTION UNIT ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motions for Summary Judgment (Docs. 26 & 27) are **GRANTED**. All remaining claims against Donald Belanger, Jr. and John Witham are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims against the Caddo-Shreveport Street Level Interdiction Unit are **DISMISSED *SUA SPONTE*** on the grounds that it is not a legal entity with the capacity to be sued.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 31st day of March, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT